**Order entered April 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00895-CR

**JESSE RUDOLFO GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80739-2016**

## ORDER

Before the Court is the State's April 5, 2019 second motion for an extension of time to file its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/     DAVID J. SCHENCK
PRESIDING JUSTICE